UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| NORTH AMERICAN SUGAR INDUSTRIES INC., <br><br> Plaintiff, <br><br> v. <br><br> BBC CHARTERING USA, LLC, <br><br> Defendant. | Civil Action No. |

## LOCAL CIVIL RULE 5.2 CERTIFICATION

Pursuant to Local Civil Rule 5.2, the undersigned counsel hereby certifies that, to the best of his knowledge, the following current litigation is related to this case:

- *North American Sugar Industries Inc. v. Xinjiang Goldwind Science & Technology Co., Ltd.*, No. 20-cv-22471-DPG (S.D. Fla. June 15, 2020)
    - <u>Plaintiff</u>:  North American Sugar Industries Inc.
    - <u>Defendants</u>:  Xinjiang Goldwind Science & Technology Co., Ltd., Goldwind International Holdings (HK) Ltd., DSV Air & Sea Inc., BBC Chartering USA, LLC, and BBC Chartering Singapore Pte Ltd.
    - <u>Status</u>:  Pending before Judge Darrin P. Gayles in the U.S. District Court for the Southern District of Florida

- *North American Sugar Industries Inc. v. DSV Air & Sea Inc.*, Forthcoming/Unassigned (D.N.J. Jan. 4, 2021)
    - <u>Plaintiff</u>:  North American Sugar Industries Inc.
    - <u>Defendant</u>:  DSV Air & Sea Inc.
    - <u>Status</u>:  Filed concurrently with this action, and pending in the U.S. District Court for the District of New Jersey

Dated: January 4, 2021

/s/ William B. Dawson
William B. Dawson
Texas Bar No. 05606300
S.D. Texas Bar No. 15924
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3131

Facsimile: (214) 571-2919
wdawson@gibsondunn.com

*Attorney-in-Charge for Plaintiff*
*North American Sugar Industries Inc.*