**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NORTH AMERICAN SUGAR INDUSTRIES, INC.,** | § § § | |
| *Plaintiff,* | § § | **Civil Action No.: 4:21-cv-00012** |
| **v.** | § § | |
| **BBC CHARTERING USA, LLC,** | § § | |
| *Defendant.* | § § | |

**DEFENDANT BBC CHARTERING USA, LLC'S**
**CERTIFICATE OF INTERESTED PERSONS**

In accordance with the *Order for Conference and Disclosure of Interested Parties* (ECF No. 6), Defendant BBC Chartering USA, LLC certifies that, to its knowledge, the following are all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

PARTIES

1.  Defendant BBC Chartering USA, LLC

2.  Plaintiff North American Sugar Industries, Inc. ("Plaintiff")

PARTY-RELATED ENTITIES

3.  BBC Global GmbH & Co. KG, the sole member of BBC Chartering USA, LLC

4.  Cuban-American Mercantile Corporation, subsidiary of Plaintiff

5.  The West India Company, subsidiary of Plaintiff

6.  Azucar Holdings, LLC ("Azucar"), owner of Plaintiff

7.  Funds and entities affiliated with Apollo Global Management, Inc., part owners of Azucar

8.  Shell Oil Company, part owner of Azucar

9. <u>Royal Dutch Shell plc</u>, parent company of Shell Oil Company

10. JPMorgan Chase Bank, N.A. (as Trustee for First Plaza Group Trust), part owner of Azucar

11. <u>JPMorgan Chase & Co</u>., parent company of JPMorgan Chase Bank, N.A.

12. Funds affiliated with <u>The Goldman Sachs Group, Inc.</u>, part owners of Azucar

13. Individual current and former members of Hexion LLC's management team, part owners of Azucar

<u>COUNSEL TO THE PARTIES</u>

14. Akerman LLP, counsel for BBC Chartering USA, LLC

15. Gibson, Dunn & Crutcher LLP, counsel for Plaintiff


Done this 5th day of October, 2021.

**AKERMAN, L.L.P.**
By: */s/ Wm. Bruce Stanfill*
   **Wm. Bruce Stanfill**
   State Bar No. 19034350
   Southern District No. 8889
   Email: bruce.stanfill@akerman.com
   1300 Post Oak Boulevard – Suite 2300
   Houston, Texas 77056
   Tel.: 713-623-0887
   Fax: 713-960-1527

   **ATTORNEY-IN-CHARGE FOR
   DEFENDANT BBC CHARTERING
   USA LLC**

**OF COUNSEL:**

**CHRISTOPHER S. CARVER**
(*pro hac vice*)
Akerman LLP
201 E. Las Olas Boulevard – Suite 1800
Fort Lauderdale, Florida 33301
Tel.: 954-463-2700
Fax: 954-463-2224
christopher.carver@akerman.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record via the Court's electronic filing system on the 5th day of October, 2021.

William B. Dawson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue – Suite 2100
Dallas, TX 75201-6912
Tel.: 214-698-3131
Fax: 214-571-2919
wdawson@gibsondunn.com

*Attorney-in-Charge for Plaintiff North American Sugar Industries Inc.*

Collin Joe Cox
GIBSON, DUNN & CRUTCHER LLP
811 Main St. – Suite 3000
Houston, TX 77002
Tel: 346-718-6604
ccox@gibsondunn.com

*Attorney-in-Charge for Plaintiff North American Sugar Industries Inc.*

Miguel A. Estrada (*pro hac vice*)
Audi K. Syarief (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5306
Tel.: 202-955-8257
Fax: 202-530-9616
mestrada@gibsondunn.com
asyarief@gibsondunn.com

*Counsel for Plaintiff North American Sugar Industries Inc.*

Andrea E. Neuman (*pro hac vice*)
Rahim Moloo (*pro hac vice*)
Casey Kyung-Se Lee (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212-351-3883
Fax: 212-351-5303
aneuman@gibsondunn.com
rmoloo@gibsondunn.com
clee@gibsondunn.com

*Counsel for Plaintiff North American Sugar Industries Inc.*

*/s/ Christopher S. Carver*
Attorney