UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NORTH AMERICAN SUGAR INDUSTRIES INC.,

           Plaintiff,

v.

BBC CHARTERING USA, LLC,

           Defendant.

Civil Action No.: 4:21-cv-00012

## TWELFTH JOINT STATUS REPORT REGARDING BBC USA'S JURISDICTIONAL CHALLENGES IN THE FIRST ACTION

Plaintiff North American Sugar Industries Inc. ("American Sugar") and Defendant BBC Chartering USA, LLC ("BBC USA") (together, the "Parties"), by and through their undersigned counsel, hereby submit this joint status report:

1. On January 26, 2021, this Court issued an order, Dkt. No. 21, granting American Sugar's unopposed motion to stay the above-captioned case until the final resolution of the challenges to personal jurisdiction and subject matter jurisdiction raised in BBC USA's motions to dismiss in *North American Sugar Industries Inc. v. Xinjiang Goldwind Science & Technology Co., Ltd.*, No. 20-cv-22471-DPG (S.D. Fla. June 15, 2020) ("First Action"), ECF Nos. 48, 54. Among other things, that order directed the Parties to submit a status report on April 2, 2021 and every 60 days thereafter. Dkt. No. 21.

2. As of the date of this joint status report, BBC USA's jurisdictional challenges in the First Action have not been finally resolved.

3. With respect to BBC USA's challenges to subject matter jurisdiction in the First Action, First Action ECF No. 54, the court in that action held that American Sugar sufficiently

pleaded standing, see First Action ECF No. 145.  The First Action court dismissed without prejudice American Sugar's original complaint, First Action ECF No. 1, on other, non-standing grounds, and granted leave for American Sugar to file an amended complaint by November 1, 2021, see First Action ECF Nos. 163, 167, 187.

4. American Sugar filed its Amended Complaint on November 1, 2021.  See First Action ECF No. 189.  BBC USA filed its renewed motion to dismiss for lack of personal jurisdiction on December 6, 2021.  See First Action ECF No. 199.  American Sugar filed its opposition on January 14, 2022, see First Action ECF No. 218.  BBC USA filed its reply on February 18, 2022.  See First Action ECF No. 238.

5. On December 14, 2022, the First Action court granted BBC USA's motion to dismiss for lack of personal jurisdiction.  See First Action ECF No. 299.  On January 10, 2023, American Sugar appealed to the Eleventh Circuit the First Action court's decision on BBC USA's motion to dismiss for lack of personal jurisdiction.  See First Action ECF No. 300; *North American Sugar Indus., Inc. v. Xinjiang Goldwind Science and Tech. Co., Ltd.*, No. 23-10126 (11th Cir.), Dkt. No. 1.

6. The Parties will submit their next joint status report on or before March 28, 2023, pursuant to the Court's January 26, 2021 order.  See Dkt. No. 21.

Dated:  January 27, 2023                                                          Respectfully submitted,

/s/ Collin J. Cox                                                   /s/ Wm. Bruce Stanfill
Collin J. Cox                                                        Wm. Bruce Stanfill
Texas Bar No. 24031977                                   Texas Bar No. 19034350
S.D. Texas Bar No. 654469                                S.D. Texas Bar No. 8889
GIBSON, DUNN & CRUTCHER LLP                  AKERMAN LLP
811 Main Street, Suite 3000                               1300 Post Oak Boulevard, Suite 2300
Houston, TX 77002-6117                                    Houston, TX 77056
Telephone: (346) 718-6604                                 Telephone: (713) 623-0887
Facsimile:  (346) 718-6941                                 Facsimile:  (713) 960-1527
ccox@gibsondunn.com                                       Email: bruce.stanfill@akerman.com

*Attorney-in-Charge for Plaintiff*
*North American Sugar Industries Inc.*

Miguel A. Estrada (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5306
Telephone: (202) 955-8257
Facsimile: (202) 530-9616
mestrada@gibsondunn.com

Andrea E. Neuman (*pro hac vice*)
Rahim Moloo (*pro hac vice*)
Timothy Sun (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-3883
Facsimile: (212) 351-5303
aneuman@gibsondunn.com
rmoloo@gibsondunn.com
tsun@gibsondunn.com

*Of Counsel for Plaintiff*
*North American Sugar Industries Inc.*

*Attorney-in-Charge for Defendant*
*BBC Chartering USA, LLC*

Christopher S. Carver (*pro hac* vice)
AKERMAN LLP
201 East Las Olas Boulevard – Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
christopher.carver@akerman.com

*Of Counsel for Defendant*
*BBC Chartering USA, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on January 27, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      */s/ Collin J. Cox*
                                      Collin J. Cox